UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| In Re: | ) | BK No.: 23-06227 |
|---|---|---|
| Kelvin B Waits | ) | |
| | ) | Chapter: 13 |
| | ) | Honorable Deborah L. Thorne |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

**ORDER DENYING MOTION FOR APPROVAL OF LOAN MODIFICATION**

This matter coming to be heard on the motion of the debtor for approval of a modification of an existing loan;

IT IS HEREBY ORDERED THAT:

The motion is denied. There is no provision of the Bankruptcy Code that calls for the Court to approve a modification of an existing loan agreement. The parties are free to go forward with the transaction without Court approval.

Enter:

Honorable Deborah L. Thorne
United States Bankruptcy Judge

Dated: March 13, 2024